# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. COX, | NO. CV 08-2171 GW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TERRI GONZALEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 27, 2011.

GEORGE H. WU
UNITED STATES DISTRICT JUDGE